UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KENNETH STERN, an individual, on behalf of
himself and all others similarly situated,

                Plaintiff,

v.

ROCKET MORTGAGE, LLC,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
21-CV-06879 (PKC) (AYS)

A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on March 31, 2023, granting Defendant's motion to dismiss; and dismissing all of Plaintiff's claims with prejudice; it is

    ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that all of Plaintiff's claims are dismissed with prejudice.

Dated: Brooklyn, New York
        March 31, 2023

                                        Brenna B. Mahoney
                                        Clerk of Court

                            By:    */s/Jalitza Poveda*
                                  Deputy Clerk